OPINION — AG — QUESTION: "MAY THE COUNTY JUDGE ISSUE A COUNTY BEVERAGE PERMIT, AUTHORIZING THE SALE OF 3.2 BEER, TO A PERSON HOLDING A FEDERAL LIQUOR STAMP FOR THE RETAIL SALE OF INTOXICATING LIQUOR, WHERE THE COUNTY BEVERAGES PERMIT COVERS PREMISES OTHER THAN THE RETAIL LIQUOR PREMISES.?" — NEGATIVE CITE: OPINION NO. TOM J. AMIS, AUGUST 20, 1959, OPINION NO. ROY H. WELLS, AUGUST 17, 1962, 37 O.S. 1961 163.11 [37-163.11] (BURCK BAILEY)